1 **JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
2 kspelman@jenner.com
3 633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
4 Telephone: (213) 239-5100
5 Facsimile: (213) 239-5199

6 Counsel for Defendants
Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz
7

8

9 UNITED STATES DISTRICT COURT

10 SOUTHERN DISTRICT OF CALIFORNIA

11

| SEAN BURKE and JAMES POMERENE, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:20-cv-00370-BAS-MSB |
|---|---|
| Plaintiffs, | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| CLEARVIEW AI, INC., a Delaware Corporation; HOAN TON-THAT, an Individual; RICHARD SCHWARTZ, an Individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendant Clearview AI, Inc. makes the following disclosure: Clearview AI, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

DATED: March 31, 2020

JENNER & BLOCK LLP

By: s/ Kate T. Spelman
Kate T. Spelman
kspelman@jenner.com

*Counsel for Defendants*
*Clearview AI, Inc., Hoan Ton-That, and*
*Richard Schwartz*