IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN BURKE and JAMES POMERENE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CLEARVIEW AI, INC. a Delaware Corporation; HOAN TON-THAT, an individual; RICHARD SCHWARTZ, an individual; and DOES 1 through 10, inclusive<br><br>　　　　　　　　　Defendants. | Civil Action No.: 1:20-cv-03104-CM<br><br>**Scott R. Drury's Motion for Admission *Pro Hac Vice* Pursuant to Local Civil Rule 1.3** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Scott R. Drury_____ hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Intervenor David Mutnick_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____Illinois_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated: May 4, 2020

Respectfully Submitted,

Scott R. Drury

Applicant Signature: _____

Applicant's Name: Scott R. Drury

Firm Name: Loevy & Loevy

Address: 311 N. Aberdeen St., 3rd Floor

City/State/Zip: Chicago, Illinois, 60607

Telephone/Fax: 312-243-5900/5902

Email: drury@loevy.com

## CERTIFICATE OF SERVICE

I, Scott R. Drury, hereby certify that on May 4, 2020, I caused the foregoing Motion for Admission *Pro Hac Vice* and accompanying Affidavit, Certificate of Good Standing, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

_____
SCOTT R. DRURY