# IN THE UNITED STATES DISTRICT
# COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN BURKE and JAMES POMERENE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>CLEARVIEW AI, INC. a Delaware Corporation; HOAN TON-THAT, an individual; RICHARD SCHWARTZ, an individual; and DOES 1 through 10, inclusive<br><br>        Defendants. | Civil Action No.: 1:20-cv-03104-CM<br><br>**[Proposed] Order Granting Scott R. Drury's Motion for Admission *Pro Hac Vice*** |

  The motion of Scott R. Drury for admission to practice *Pro Hac Vice* in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

  Applicant's Name: Scott Robert Drury

  Firm Name:   Loevy & Loevy

  Address:    311 N. Aberdeen St., 3rd Floor

  City/State/Zip:  Chicago, Illinois, 60607

  Telephone/Fax:  (312) 243-5900/5902

  Email:     drury@loevy.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Intervenor David Mutnick in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hae Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED**

Dated: _____, 2020

_____
JUDGE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE