# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN BURKE and JAMES POMERENE, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>v.<br><br>CLEARVIEW AI, INC. a Delaware Corporation; HOAN TON-THAT, an individual; RICHARD SCHWARTZ, an individual; and DOES 1 through 10, inclusive<br><br>                       Defendants. | Civil Action No.: 1:20-cv-03104-CM<br><br>**AFFIDAVIT OF SCOTT R. DRURY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 1.3** |

      Scott R. Drury, being duly sworn, hereby moves this Court for an admission *pro hac vice* to represent Intervenor David Mutnick in this case. As grounds for said Motion, Mr. Drury states as follows:

      1.      My full name is Scott Robert Drury. My business address is Loevy & Loevy, 311 N. Aberdeen, 3rd Floor, Chicago, Illinois, 60607.

      2.      I have never been convicted of a felony.

      3.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      4.      I am not presently, nor have I ever been, the subject of any disciplinary proceedings from any court.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Admission to the Bar of Illinois, dated April 27, 2020, attesting that I am a member of the State Bar of Illinois in good standing

6. I am familiar with the Local Rules of this Court

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2020

By: _____
SCOTT R. DRURY
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
drury@loevy.com